**Barbara Ann Marie RYAN, Petitioner,**

v.

**I. Joel BERMAN, D.O., Morris I. Rossman, D.O., Reginal Internal Medicine Associates, Ltd., Joel D. Jaffe, M.D., Leon M. Cattolico, D.O. and Henry Ditommaso, D.O., Respondents.**

Supreme Court of Pennsylvania.

Feb. 23, 2001.

### *ORDER*

PER CURIAM.

AND NOW, this 23rd day of February, 2001, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

> Whether the trial court violated the coordinate jurisdiction rule when it overruled a prior decision of a judge of the same court in granting respondents' motion to amend their answers.